File Hashes for IP Address 76.189.101.135

**ISP:** Time Warner Cable
**Physical Location:** Cleveland, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/27/2014 23:23:32 | 95B4E4CC01E2CBB87C987ADB2216565DD1416C32 | Taste Me |
| 06/20/2014 20:37:09 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 05/06/2014 22:58:57 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 02/02/2014 20:08:05 | 225411BA06B97B0EBC217138030D5E7863FFEBE4 | Risky Business |
| 02/02/2014 19:46:25 | 0C6F9543794ABF412665C0D62D8F28937D07DB63 | A Hot Number |
| 01/27/2014 23:05:17 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 12/28/2013 14:43:15 | 999AB8996B35673D65C5C7BCBB92247155EABCB3 | A Christmas Story |
| 12/28/2013 09:05:25 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 12/27/2013 21:02:04 | A71F53AF49426369741F89B3CFEB8A692E301CF1 | No Turning Back Part #2 |
| 12/09/2013 11:54:41 | 9FEFF22B7BA424BFB8847B7B41A62450FC059745 | So Right Its Wrong |
| 12/09/2013 06:07:02 | A9077805A66929F98F4622D28940C637651671B7 | High School Dropouts |
| 12/09/2013 05:45:34 | 18B23464E61B4D118F9E285337BC49B3B246BCB5 | LA Plans |
| 12/09/2013 05:40:10 | 4CC36EB333221192823BE772CA0D3C7B2E0D873A | Ready for Love |
| 12/09/2013 05:09:01 | 4D48C50B8394CD2C150BAA1E1666D242CE487F52 | Tease and Please |
| 10/07/2013 20:55:19 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 09/30/2013 16:23:49 | 24611441049DF8ADF2F98C75A6D9BEFD26E701FF | Oh Mia |
| 09/30/2013 13:18:48 | B5A57CD035598D39FD3552354C196C2CD9EB1E35 | Red Satin |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

NOH80